Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-840

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Snow Capybara |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 23, 2019 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Olga Zikova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olga Zikova |
| | PO Box 311527, Berlin, 10645, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Olga Zikova |
| **Email:** | helloarts@proton.me |
| **Address:** | PO Box 311527 |
| | Berlin 10645 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | OZ2025042107 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-456-843**

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

    **Title of Work:** Happybara

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** July 09, 2019
    **Nation of 1st Publication:** Germany

## Author

    • **Author:** Olga Zikova
    **Author Created:** 2-D artwork
    **Citizen of:** Germany

## Copyright Claimant

    **Copyright Claimant:** Olga Zikova
    PO Box 311527, Berlin, 10645, Germany

## Rights and Permissions

    **Name:** Olga Zikova
    **Email:** helloarts@proton.me
    **Address:** PO Box 311527
    Berlin 10645 Germany

## Certification

    **Name:** David Denholm
    **Date:** April 21, 2025
    **Applicant's Tracking Number:** OZ2025042106

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-817

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

### Title

| | |
|---|---|
| **Title of Work:** | Capybara with a pizza |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | March 10, 2023 |
| **Nation of 1st Publication:** | Germany |

### Author

| | |
|---|---|
| • **Author:** | Olga Zikova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Olga Zikova<br>PO Box 311527, Berlin, 10645, Germany |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Olga Zikova |
| **Email:** | helloarts@proton.me |
| **Address:** | PO Box 311527<br>Berlin 10645 Germany |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | OZ2025042104 |

