**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLGA ZIKOVA,

    Plaintiff,                                                     Case No.: 1:26-cv-00593

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Seller Name |
|---|---|
| 1 | YUWUXIA |
| 2 | ohsofy US Store |
| 3 | 源隆金属材料制造 |
| 4 | The Dadaji |
| 5 | Spmike Offsucc |
| 6 | Zanbai Co., Ltd |
| 7 | Exshopy |
| 8 | LumoasterUS |
| 9 | SCORYULE |
| 10 | YiYanTZ |
| 11 | Percute |
| 12 | BestTattoos |
| 13 | jinchenlanlcy |
| 14 | Qixiangstickers |
| 15 | He Shun |
| 16 | xuejunjxh |
| 17 | EvergreenX |
| 18 | XinKR |
| 19 | WOFIROY US |
| 20 | huangshanshiyunhui |
| 21 | Golodaus |
| 22 | Heowmes |
| 23 | Zhangshenghai |
| 24 | Ulema |
| 25 | HGold Store |

| 26 | GIECVFF |
|----|---------|
| 27 | VioraX |
| 28 | WANGZELONG |
| 29 | wenli |
| 30 | andong |
| 31 | wengmeng |
| 32 | treecom-niaoge |
| 33 | SUNNY XIAO |
| 34 | ModelebenSacke |
| 35 | Ladytot |
| 36 | HELLO BAOBAO |
| 37 | Hakuna Matata stickers |
| 38 | huihui Automobile exterior trim |
| 39 | Sacred stickers |
| 40 | NANA stickers |
| 41 | YSdamAI |
| 42 | CHAOCHI decal |
| 43 | Xinrong car sticker special |
| 44 | Seven Seven Small Shop Stickers |
| 45 | Youshunshou |
| 46 | LYBM Funny sticker |
| 47 | Colorful Rainbow Stickers |
| 48 | Copy Paste |
| 49 | LYNK Automotive supplies |
| 50 | FF Stickers |
| 51 | BBing shop |
| 52 | TSen decal |
| 53 | QIQICARSSTICKER |
| 54 | F ZK youshun |
| 55 | ZZZ SSHUN |
| 56 | Come baby sticker |
| 57 | SUMMERQ |
| 58 | TONGSan |
| 59 | HEYtot |
| 60 | MaDongMei |
| 61 | Sticker Yo |
| 62 | DMstudio |
| 63 | Cute Quirky Sticker |
| 64 | GXMN |
| 65 | Love and Freedom stickers |
| 66 | NDecals |

| | |
|---|---|
| 67 | meichuxi |
| 68 | Z H X Clothing |
| 69 | Ai Yi Female T |
| 70 | PaperPixie |
| 71 | QINGWA SHOP |
| 72 | Wonder Sticker |
| 73 | Nesstape Stickers |
| 74 | muhaishidaiC |
| 75 | mootriy |
| 76 | KITING |
| 77 | muhaishidaiG b |
| 78 | A Floor mats |
| 79 | BoomBox Studio |
| 80 | Xin Santai |
| 81 | Jiji Warmth |
| 82 | Veclod Sticker |
| 83 | Hi fun sticker shop |
| 84 | Fortunatelyshop |
| 85 | CuddlyTemuKids |
| 86 | YOOPOOYEA |